# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2014

## NO. 03-13-00858-CV

**M. Z. and R. B., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order of termination signed by the trial court on December 5, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order of termination. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.